One may buy an "orthopedic appliance" in many places—the Ford dealership is not one of them.

Ronald CLARK, Appellant,

v.

John McANANY, Mary Reese, Louis S. Folino, Sharon M. Burks, Kristen P. Reisinger, Jeffery A. Beard, Craig Haywood, John Doe ("C.S.I."), Lieutenant Tanner, Brenda Martin, and Robert Narchus, Appellees.

Supreme Court of Pennsylvania.

March 19, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 19th day of March, 2008, the Order of the Commonwealth Court is AFFIRMED.